1   **Troy Monge, Esq.**
    Law Offices of Martin Taller, APC
2   2300 E. Katella Avenue, Suite 440
    ANAHEIM, CALIFORNIA 92806
3   TELEPHONE (714) 385-8100
    troymonge@hotmail.com
4

5   Attorney Bar #217035
    Attorneys for Josefina O. Zertuche
6

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  JOSEFINA O. ZERTUCHE,              )   No. SACV16-00539 AS
                                       )
12          Plaintiff,                 )   [~~PROPOSED~~] ORDER
                                       )   AWARDING EQUAL ACCESS
13          v                          )   TO JUSTICE ACT ATTORNEY
                                       )   FEES AND COSTS
14  NANCY A. BERRYHILL[1],             )
    Acting Commissioner of Social Security, )
15                                     )
            Defendant.                 )
16  _____)

17

18          Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

19          IT IS ORDERED that the Commissioner shall pay attorney fees and expenses

20  the amount of THREE THOUSAND FOUR HUNDRED TWENTY-TWO

21  DOLLARS and FOUR CENTS (**$3,422.04**), and costs under 28 U.S.C. § 1920 in the

22  amount of FOUR HUNDRED DOLLARS  (**$400.00**), as authorized by 28 U.S.C. §§

23

24          [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule
    25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting
25  Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to
    continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
26  U.S.C. § 405(g).

27

28

                                      1

2412(d), 1920, subject to the terms of the above-referenced Stipulation.


Dated: March 21, 2017


/ s /
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2